**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6636**

_____

BRUCE ALLEN BUCKNER,

Plaintiff - Appellant,

v.

DANIEL PORTER, York County Solicitor,

Defendant - Appellee.

_____

**No. 22-6637**

_____

BRUCE ALLEN BUCKNER,

Plaintiff - Appellant,

v.

DAVID HAMILTON, York County Clerk of Court; YORK COUNTY CLERK OF COURT,

Defendants - Appellees.

_____

Appeals from the United States District Court for the District of South Carolina, at Rock Hill.  Terry L. Wooten, Senior District Judge.  (0:21-cv-03873-TLW; 0:21-cv-03874-TLW)

_____

Submitted:  November 23, 2022                    Decided:  December 29, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bruce Allen Buckner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

In these consolidated appeals, Bruce Allen Buckner appeals the district court's orders and judgments accepting the recommendations of the magistrate judge and dismissing his complaints. We have reviewed the record and find no reversible error. Accordingly, we affirm. We also deny Buckner's motions to clarify, for a stay, and to vacate. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*